# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-13832-CAD |
| | § | |
| JUAN M FLORES | § | |
| ANGELINA FLORES | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 05/03/2011, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/08/2011         By: /s/ David P. Leibowitz
                                     (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-13832-CAD |
| | § | |
| JUAN M FLORES | § | |
| ANGELINA FLORES | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,100.60
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $2,100.60

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,100.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $525.15 | $0.00 | $525.15 |
| David Leibowitz, Trustee Expenses | $4.32 | $0.00 | $4.32 |

Total to be paid for chapter 7 administrative expenses: $529.47
Remaining balance: $1,571.13

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  |  | Remaining balance: | $1,571.13 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,571.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $15,734.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $2,053.99 | $0.00 | $205.11 |
| 2 | Chase Bank USA, N.A. | $3,150.40 | $0.00 | $314.58 |
| 3 | Chase Bank USA, N.A. | $2,030.49 | $0.00 | $202.75 |
| 4 | Advantage Assets II, Inc. | $1,995.32 | $0.00 | $199.24 |
| 5 | Advantage Assets II, Inc. | $1,323.78 | $0.00 | $132.19 |
| 6 | GE Money Bank/ Sam's Club | $2,694.47 | $0.00 | $269.06 |
| 7 | Chase Bank USA,N.A | $1,013.01 | $0.00 | $101.15 |
| 8 | Capital Recovery III LLC/GE Money | $1,472.66 | $0.00 | $147.05 |

|  | Total to be paid to timely general unsecured claims: | $1,571.13 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (10/1/2010)**

    Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                  Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-13832-CAD
Juan M Flores                                                           Chapter 7
Angelina Flores
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Apr 12, 2011
                              Form ID: pdf006          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2011.
```
db/jdb    +Juan M Flores,   Angelina Flores,   4063 S. Sacramento,   Chicago, IL 60632-2448
aty       +Daniel Gonzalez,   Gonzalez Law Group, P.C.,   1904 S. Cicero,   Cicero, IL 60804-2545
tr        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
15825072  +Advantage Assets II, Inc.,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2053,
           800-741-2100
15337746  +Advocate Health Care,   PO Box 23860,   Belleville, IL 62223-0860
15337747  +Blatt, Hasenmiller, et al, LLC,   125 South Wacker Dr. Suite 400,   Chicago, IL 60606-4440
15337748  +Cap One,   Pob 30281,   Salt Lake City, UT 84130-0281
15337750  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15337751  +Chase - Cc,   Po Box 15298,   Wilmington, DE 19850-5298
15737203   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15882626  +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15337753  +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
15337755  +Credit Protection Asso,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
15337756  +Enhanced Recovery Corp,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
15337760  +Holy Cross Hospital,   2701 W. 68th St.,   Chicago, IL 60629-1882
15337761  +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
15337762  +Illinois Collection Se,   8231 W. 185th St. Ste. 100,   Tinley Park, IL 60487-9356
15337764  +Ltd Financial Svcs Lp,   7322 Southwest Fwy Ste 1,   Houston, TX 77074-2010
15337765  +Main Street Acquisiton,   3950 Johns Creek Ct Ste,   Suwanee, GA 30024-1296
15337766   Merchants & Medical Credit Corp,   c/o Kohl's Dept.,   6324 Taylor Dr.,   Flint, MI 48507-4685
15337767  +Merchants Cr,   223 W Jackson St,   Chicago, IL 60606-6993
15337768  +Midland Credit Management,   Po Box 939019,   San Diego, CA 92193-9019
15337771  +Midwest Imaging Diagnostic,   5702 W. 95th St., Ste A,   Oak Lawn, IL 60453-2361
15337772  +Midwest Sleep Laboratories, Inc.,   5702 W. 95th St.,   Oak Lawn, IL 60453-2345
15337773  +Mt. Sinai Hospital,   2750 W. 15th St.,   Chicago, IL 60608-1610
15337776  +Russell R. Custer, Jr.,   Lillig & Thorsness, Ltd.,   1900 Spring Rd., Ste 200,
           Oak Brook, IL 60523-1495
15337777  +Saint Joseph Hospital,   2900 N. Lake Shore Drive,   Chicago, IL 60657-6274
15337778  +Sams Club,   Attention: Bankruptcy Department,   Po Box 105968,   Atlanta, GA 30348-5968
15337779  +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
15337780  +Second Federal Savings,   4811 W. Cermak Rd.,   Cicero, IL 60804-2532
15337781  +Swedish Covenant Hospital,   5145 N. California Ave.,   Chicago, IL 60625-3687
15337782   Swedish Covenant Hospital,   3732 Pay Sphere Circle,   Chicago, IL 60674-0037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15337749      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Apr 12 2011 23:31:53
               Capital One Auto Finance,   3901 N Dallas Pkwy,   Plano, TX 75093-7864
16032498       E-mail/PDF: rmscedi@recoverycorp.com Apr 13 2011 00:23:41     Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15844983       E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2011 00:23:41     GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15337757      +E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2011 00:23:41     GE Mongram Bank / JC Penney Dc,
               Attn: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
15337758      +E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2011 00:23:41     Gemb/jcp,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
15337759      +E-mail/Text: BKNOTICES@EAFLLC.COM Apr 12 2011 23:32:35     Hilco Rec,   5 Revere Dr Ste 510,
               Northbrook, IL 60062-8007
15337763      +E-mail/PDF: cr-bankruptcy@kohls.com Apr 13 2011 00:22:41     Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Lakelaw
15337774       Peoples Gas,   Must call local office or 877-832-6747
aty*          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
15337752*     +Chase - Cc,   Po Box 15298,   Wilmington, DE 19850-5298
15337754*     +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
15337769*     +Midland Credit Management,   Po Box 939019,   San Diego, CA 92193-9019
15337770*     +Midland Credit Management,   Po Box 939019,   San Diego, CA 92193-9019
15337775    ##+Receivables Performanc,   P.o. Box 768,   Bothell, WA 98041-0768
                                                                                   TOTALS: 2, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


```
District/off: 0752-1          User: mgonzalez           Page 2 of 2              Date Rcvd: Apr 12, 2011
                              Form ID: pdf006           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2011**                         **Signature:**   *Joseph Speetjens*