UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 10-13832-CAD
§
JUAN M FLORES §
ANGELINA FLORES §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $143,624.00 | Assets Exempt: | $43,050.00 |
| Total Distributions to Claimants: | $1,571.23 | Claims Discharged Without Payment: | $61,912.59 |
| Total Expenses of Administration: | $529.47 | | |

3) Total gross receipts of $2,100.70 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,100.70 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $299,207.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $529.47 | $529.47 | $529.47 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $60,994.70 | $15,734.12 | $15,734.12 | $1,571.23 |
| **Total Disbursements** | $360,201.70 | $16,263.59 | $16,263.59 | $2,100.70 |

4). This case was originally filed under chapter 7 on 03/30/2010. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/12/2011          By:  /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2002 Ford Explorer | 1129-000 | $2,100.00 |
| Interest Earned | 1270-000 | $0.70 |
| **TOTAL GROSS RECEIPTS** | | **$2,100.70** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Second Federal Savings | 4110-000 | $299,207.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$299,207.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $525.15 | $525.15 | $525.15 |
| David Leibowitz, Trustee | 2200-000 | NA | $4.32 | $4.32 | $4.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$529.47** | **$529.47** | **$529.47** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-900 | $2,053.00 | $2,053.99 | $2,053.99 | $205.12 |
| 2 | Chase Bank USA, | 7100-900 | $3,150.00 | $3,150.40 | $3,150.40 | $314.60 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | N.A. | | | | | |
| 3 | Chase Bank USA, N.A. | 7100-900 | $2,030.00 | $2,030.49 | $2,030.49 | $202.77 |
| 4 | Advantage Assets II, Inc. | 7100-000 | $1,995.00 | $1,995.32 | $1,995.32 | $199.26 |
| 5 | Advantage Assets II, Inc. | 7100-000 | $1,323.00 | $1,323.78 | $1,323.78 | $132.19 |
| 6 | GE Money Bank/ Sam's Club | 7100-000 | $2,694.00 | $2,694.47 | $2,694.47 | $269.07 |
| 7 | Chase Bank USA,N.A | 7100-000 | NA | $1,013.01 | $1,013.01 | $101.16 |
| 8 | Capital Recovery III LLC/GE Money | 7100-900 | NA | $1,472.66 | $1,472.66 | $147.06 |
| | Advocate Health Care | 7100-000 | $2,872.00 | NA | NA | $0.00 |
| | Cap One | 7100-000 | $1,621.00 | NA | NA | $0.00 |
| | Capital One Auto Finance | 7100-000 | $9,564.00 | NA | NA | $0.00 |
| | Credit Protection Asso | 7100-000 | $200.00 | NA | NA | $0.00 |
| | Enhanced Recovery Corp | 7100-000 | $150.00 | NA | NA | $0.00 |
| | GE Mongram Bank / JC Penney Dc | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Gemb/jcp | 7100-000 | $5,000.00 | NA | NA | $0.00 |
| | Hilco Rec | 7100-000 | $1,473.00 | NA | NA | $0.00 |
| | Holy Cross Hospital | 7100-000 | $3,500.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $552.00 | NA | NA | $0.00 |
| | Illinois Collection Se | 7100-000 | $184.00 | NA | NA | $0.00 |
| | Kohls/chase | 7100-000 | $1,013.00 | NA | NA | $0.00 |
| | Ltd Financial Svcs Lp | 7100-000 | $1,323.00 | NA | NA | $0.00 |
| | Main Street Acquisiton | 7100-000 | $3,105.00 | NA | NA | $0.00 |
| | Merchants & Medical Credit Corp | 7100-000 | $1,013.01 | NA | NA | $0.00 |
| | Merchants Cr | 7100-000 | $238.00 | NA | NA | $0.00 |
| | Midland Credit Management | 7100-000 | $6,908.00 | NA | NA | $0.00 |
| | Midland Credit Management | 7100-000 | $1,759.00 | NA | NA | $0.00 |
| | Midland Credit Management | 7100-000 | $538.00 | NA | NA | $0.00 |
| | Midwest Imaging | 7100-000 | $149.40 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Diagnostic | | | | | |
| Midwest Sleep Laboratories, Inc. | 7100-000 | $672.80 | NA | NA | $0.00 |
| Mt. Sinai Hospital | 7100-000 | $1,800.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $1,356.00 | NA | NA | $0.00 |
| Receivables Performanc | 7100-000 | $203.00 | NA | NA | $0.00 |
| Saint Joseph Hospital | 7100-000 | $2,000.00 | NA | NA | $0.00 |
| Sears/cbsd | 7100-000 | $531.00 | NA | NA | $0.00 |
| Swedish Covenant Hospital | 7100-000 | $24.49 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $60,994.70 | $15,734.12 | $15,734.12 | $1,571.23 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

Exhibit 8

| Case No.: | 10-13832-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FLORES, JUAN M AND FLORES, ANGELINA | | Date Filed (f) or Converted (c): | 03/30/2010 (f) |
| For the Period Ending: | 7/12/2011 | | §341(a) Meeting Date: | 05/28/2010 |
| | | | Claims Bar Date: | 09/01/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Location: 4063 S. Sacramento, Chicago IL (SURRENDERING) value per Eappraisal | $126,538.00 | $0.00 | DA | $0.00 | FA |
| 2 | Second Federal Savings - Checking | $1.00 | $0.00 | DA | $0.00 | FA |
| 3 | Furinture | $200.00 | $0.00 | DA | $0.00 | FA |
| 4 | CLothing | $250.00 | $0.00 | DA | $0.00 | FA |
| 5 | Tax Refund | $4,000.00 | $0.00 | DA | $0.00 | FA |
| 6 | 2003 Ford Pickup 150 | $7,300.00 | $0.00 | DA | $0.00 | FA |
| 7 | 2002 Ford Explorer | $5,335.00 | $4,036.00 | DA | $2,100.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.70 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

                             $143,624.00      $4,036.00                     $2,100.70      $0.00

**Major Activities affecting case closing:**

Motion for turnover and sale of trucks

ready for TFR

TFR Completed for Trustee's review.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 02/09/2012 | DAVID LEIBOWITZ | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-13832-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | FLORES, JUAN M AND FLORES, ANGELINA | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******1893 | **Checking Acct #:** ******3832 |
| **Co-Debtor Taxpayer ID #:** | ******1892 | **Account Title:** |
| **For Period Beginning:** | 3/30/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/12/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/04/2011 | | Transfer From: #******3832 | | 9999-000 | $2,100.70 | | $2,100.70 |
| 05/04/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $4.32 | $2,096.38 |
| 05/04/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $525.15 | $1,571.23 |
| 05/04/2011 | 2003 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 2,053.99; Amount Allowed: 2,053.99; Distribution Dividend: 9.99; | 7100-900 | | $205.12 | $1,366.11 |
| 05/04/2011 | 2004 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 3,150.40; Amount Allowed: 3,150.40; Distribution Dividend: 9.99; | 7100-900 | | $314.60 | $1,051.51 |
| 05/04/2011 | 2005 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 2,030.49; Amount Allowed: 2,030.49; Distribution Dividend: 9.99; | 7100-900 | | $202.77 | $848.74 |
| 05/04/2011 | 2006 | Advantage Assets II, Inc. | Claim #: 4; Amount Claimed: 1,995.32; Amount Allowed: 1,995.32; Distribution Dividend: 9.99; | 7100-000 | | $199.26 | $649.48 |
| 05/04/2011 | 2007 | Advantage Assets II, Inc. | Claim #: 5; Amount Claimed: 1,323.78; Amount Allowed: 1,323.78; Distribution Dividend: 9.99; | 7100-000 | | $132.19 | $517.29 |
| 05/04/2011 | 2008 | GE Money Bank/ Sam's Club | Claim #: 6; Amount Claimed: 2,694.47; Amount Allowed: 2,694.47; Distribution Dividend: 9.99; | 7100-000 | | $269.07 | $248.22 |
| 05/04/2011 | 2009 | Chase Bank USA,N.A | Claim #: 7; Amount Claimed: 1,013.01; Amount Allowed: 1,013.01; Distribution Dividend: 9.99; | 7100-000 | | $101.16 | $147.06 |
| 05/04/2011 | 2010 | Capital Recovery III LLC/GE Money | Claim #: 8; Amount Claimed: 1,472.66; Amount Allowed: 1,472.66; Distribution Dividend: 9.99; | 7100-900 | | $147.06 | $0.00 |
| | | | **TOTALS:** | | $2,100.70 | $2,100.70 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,100.70 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,100.70 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,100.70 | |

| **For the period of 3/30/2010 to 7/12/2011** | | **For the entire history of the account between 05/04/2011 to 7/12/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,100.70 | Total Internal/Transfer Receipts: | $2,100.70 |
| | | | |
| Total Compensable Disbursements: | $2,100.70 | Total Compensable Disbursements: | $2,100.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.70 | Total Comp/Non Comp Disbursements: | $2,100.70 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-13832-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FLORES, JUAN M AND FLORES, ANGELINA | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1893 | Money Market Acct #: | ******3832 |
| Co-Debtor Taxpayer ID #: | ******1892 | Account Title: | |
| For Period Beginning: | 3/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/12/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/13/2010 | (7) | Juan & Angelina Flores | | 1129-000 | $700.00 | | $700.00 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.01 | | $700.01 |
| 09/08/2010 | (7) | Juan & Angelina Flores | Payment on 2002 Ford Explorer | 1129-000 | $1,400.00 | | $2,100.01 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.06 | | $2,100.07 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.09 | | $2,100.16 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.09 | | $2,100.25 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.09 | | $2,100.34 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.09 | | $2,100.43 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.08 | | $2,100.51 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.09 | | $2,100.60 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.09 | | $2,100.69 |
| 05/04/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/4/2011 | 1270-000 | $0.01 | | $2,100.70 |
| 05/04/2011 | | Transfer To: #******3832 | | 9999-000 | | $2,100.70 | $0.00 |
| | | | **TOTALS:** | | $2,100.70 | $2,100.70 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,100.70 | |
| | | | **Subtotal** | | $2,100.70 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,100.70 | $0.00 | |

| For the period of 3/30/2010 to 7/12/2011 | | For the entire history of the account between 08/13/2010 to 7/12/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,100.70 | Total Compensable Receipts: | $2,100.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.70 | Total Comp/Non Comp Receipts: | $2,100.70 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,100.70 | Total Internal/Transfer Disbursements: | $2,100.70 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 10-13832-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** | FLORES, JUAN M AND FLORES, ANGELINA | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******1893 | **Money Market Acct #:** | ******3832 |
| **Co-Debtor Taxpayer ID #:** | ******1892 | **Account Title:** | |
| **For Period Beginning:** | 3/30/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/12/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,100.70 | $2,100.70 | $0.00 |

**For the period of 3/30/2010 to 7/12/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.70 |
| Total Internal/Transfer Receipts: | $2,100.70 |
| | |
| Total Compensable Disbursements: | $2,100.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.70 |
| Total Internal/Transfer Disbursements: | $2,100.70 |

**For the entire history of the case between 03/30/2010 to 7/12/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.70 |
| Total Internal/Transfer Receipts: | $2,100.70 |
| | |
| Total Compensable Disbursements: | $2,100.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.70 |
| Total Internal/Transfer Disbursements: | $2,100.70 |